UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK COVELLO, et al.,<br><br>    Defendants. | No. 2:20-cv-1902 JAM CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Good cause appearing, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. If there is no objection, this matter will be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 22, 2021

                                              CAROLYN K. DELANEY<br>                                              UNITED STATES MAGISTRATE JUDGE

1/mp
adam1902.59a